

1300 Pennsylvania Ave. NW 190-318
Washington, D.C. 20004
DOliver.HeidarpourLawFirm@gmail.com
TEL: (202) 234-2727

Dana J. Oliver, Esq
CA BAR # 291082

**Heidarpour Law Firm, PLLC**

October 12, 2024

**Via Email:** ruth.hardtke@vcf.com; goldmine2@sbcglobal.net; melita.garrett@vcf.com; Jonathan.Schottenstein@vcf.com

**Value City Furniture, Inc.**
**ATTN: LEGAL DEPARTMENT**
**4300 E 5th Ave**
**Columbus, OH 43219**

Re:    **Violation of the Telephone Consumer Protection Act**

To Whom It May Concern:

My Client, Andrew McGonigle (Client), wishes to bring to your attention a telemarketing concern. Since August 5, 2024, my Client has been receiving unsolicited telemarketing texts to their wireless line 804-238-5410, from your company or some company on your behalf, from number 95207. My Client did not provide their consent to your company to make these telemarketing texts. It is my understanding that according to the Telephone Consumer Protection Act, it is illegal to make marketing calls or texts to any wireless line using an ATDS or Pre-Recorded message without first obtaining the express written consent of the recipient or business.  Furthermore, the number in question is also on the National Do-Not-Call Registry.

Please forward to my attention all documents that evidence any purported consent to receive telemarketing texts from your company, as well as any other documents that support your position there is no claim against your company, if that is your contention. Before my Client proceeds with a formal claim, they wish to give your company the opportunity to explain their actions. Please forward this information to my attention by October 21, 2024.  If we do not hear from you by that time,  my Client will consider all legal remedies available, including but not limited to, filing a claim in Federal Court. By sending this letter, you as well as any third parties that you worked with related to the telephone campaign at issue, are hereby notified of your obligation to preserve all electronic and non-electronic files regarding this claim. This includes, but is not limited to, all e-mail communications and records reflecting telephone calls and text messages.

Sincerely,

Heidarpour Law Firm, PLLC

*Dana Oliver*
Dana J. Oliver, Esq