**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, ) <br> *on behalf of himself and* ) <br> *others similarly situated*, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VALUE CITY FURNITURE, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:24-cv-04293 <br><br> Judge James L. Graham <br><br> Magistrate Judge Chelsey M. Vascura |

**MOTION TO EXTEND DISCOVERY FOR THE PURPOSE OF ISSUING SUBPOENA**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion is GRANTED. The scheduling order in this case is hereby AMENDED to permit the Plaintiff to serve a 30(b)(6) subpoena on Attentive, Inc.. Plaintiff shall serve the proposed subpoena on Attentive, Inc. forthwith. Attentive, Inc. shall serve responses to the subpoena no later than _____ days after service on it.

*BY THE COURT:*

_____
UNITED STATES MAIGSTRATE JUDGE