**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, ) | |
| *on behalf of himself and* ) | Case No. 2:24-cv-04293 |
| *others similarly situated*, ) | |
| ) | |
| Plaintiff, ) | Judge James L. Graham |
| ) | |
| v. ) | |
| ) | Magistrate Judge Chelsey M. Vascura |
| VALUE CITY FURNITURE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**EXHIBITS TO**
**REPLY IN SUPPORT OF**
**MOTION TO EXTEND DISCOVERY FOR THE PURPOSE OF ISSUING SUBPOENA**

Plaintiff's original Reply erroneously omitted exhibits to the Reply, which are attached to this filing.

DATE: August 20, 2025

PLAINTIFF, individually and
on behalf of others similarly situated,

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
[o] (215) 225-5529
[f] (888) 329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2025, I electronically served the foregoing on counsel for the parties.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong