

Andrew Perrong <a@perronglaw.com>

## McGonigle v. Value City - Meet and Confer request

**Andrew Perrong** <a@perronglaw.com>  Wed, Jul 30, 2025 at 4:08 PM
To: Christopher Tackett <ctackett@baileycav.com>
Cc: "anthony@paronichlaw.com" <anthony@paronichlaw.com>, Graycen Wood <gwood@baileycav.com>, Adrian Radilla <aradilla@baileycav.com>

What is your position on our third point?

On Wed, Jul 30, 2025 at 7:00 PM Christopher Tackett <ctackett@baileycav.com> wrote:

> Hi Andrew,
>
> I'm just confirming receipt of your meet and confer questions.  Please see below for my response to both:
>
> 1. You are incorrect regarding Point 1 below.  There was no testimony about any communications exchanged between Attentive and Value City regarding the Reassigned number database.  Rather, Ryan Dezso testified that he had one discussion with Attentive about it. He testified that he learned during the discussion that the Reassigned number database was unreliable and not widely used.
>
> 2. Regarding point 2, as we have said multiple times, any complaints by other individuals to the extent they exist have no relevance to Plaintiff McGonigle's claims. This type of discovery is patently improper. It could only arguably be relevant to the class allegations.  As a result, the discovery is directly contrary to Judge Graham's Order bifurcating and staying class discovery in this case.
>
> Christopher Tackett  *Member*
>
> 
>
> 10 W. Broad Street, Ste. 2100  •  Columbus, OH 43215-3422
>
> direct: 614.229.3286  •  main: 614.221.3155  •  fax: 614.221.0479
>
> ctackett@baileycav.com  |  baileycav.com
>
> Bailey Cavalieri LLC
>
> **From:** Andrew Perrong <a@perronglaw.com>
> **Sent:** Wednesday, July 30, 2025 12:43 PM
> **To:** dana danaoliverlaw.com <dana@danaoliverlaw.com>
> **Cc:** Christopher Tackett <ctackett@baileycav.com>; anthony@paronichlaw.com; Graycen Wood

<gwood@baileycav.com>; Adrian Radilla <aradilla@baileycav.com>
**Subject:** Re: McGonigle v. Value City - Meet and Confer request

We likewise wanted to follow up on several matters:

1. During the deposition last Monday, it was adduced that Value City has had communications with Attentive regarding the feasibility and use of the Reassigned number database. Minimally, those documents would be responsive to RFP 11, as well as 8 and 18.

2. As we indicated, we intend to seek judicial intervention on RFP 13 and the refusal at the deposition to respond regarding other complaints, which are still relevant to the Plaintiff's individual claims, as well as treble damages.

3. We intend to issue a subpoena to Attentive. Would you be amenable to jointly seeking a 30-day extension to permit responses to come in?

On Tue, Jul 29, 2025 at 5:33 PM dana danaoliverlaw.com <dana@danaoliverlaw.com> wrote:

[Quoted text hidden]