UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of others similarly situated : : : : Plaintiff, : : v. : : Value City Furniture, Inc., : : Defendant. : | Case No. 2:24-cv-04293<br><br>Judge James L. Graham<br><br>Magistrate Judge Chelsey M. Vascura |

**Defendant Value City Furniture, Inc.'s Notice of Filing Deposition Transcript**

Defendant Value City Furniture, Inc. hereby gives notice of the filing the deposition transcript of Plaintiff Andrew James McGonigle, taken on July 25, 2025.

        Respectfully submitted,

        */s/ Graycen M. Wood*
        Christopher W. Tackett    (0087776)
        Graycen M. Wood    (0102160)
        **Bailey Cavalieri LLC**
        10 West Broad Street, Suite 2100
        Columbus, Ohio 43215
        T: (614) 221-3375
        F: (614) 221-0479
        ctackett@baileycav.com
        gwood@baileycav.com
        *Counsel for Defendant Value City Furniture, Inc.*

**Certificate of Service**

  I certify a copy of this document has been on September 22, 2025, via this Court's ECF system.

               */s/ Graycen M. Wood*
               Graycen M. Wood  (0102160)