Exhibit 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANDREW JAMES MCGONIGLE,<br>*on behalf of himself and*<br>*others similarly situated,*<br><br>      Plaintiff,<br><br>v.<br><br>VALUE CITY FURNITURE, INC.<br><br>      Defendant. | ) Civil Action No.: 2:24-cv-04293-JLG-<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ANDREW MCGONIGLE

1. I, Andrew McGonigle, am over the age of eighteen and, if called to testify in this action, could state the following.

2. I am the plaintiff in this lawsuit.

3. I am the subscriber and user of cellular telephone number (804) 238-XXXX.

4. Prior to the filing of this lawsuit, I have never visited the website https://www.valuecityfurniture.com/, nor have I ever directed anyone to do so on my behalf.

5. After receiving the affidavit of verified Answer, I went to that website and confirmed I have never been on the website prior to that date.

6. Indeed, I acquired the subject telephone number in 2024, so it would have been impossible for me to provide it in 2022 on the https://www.valuecityfurniture.com website.

Executed under the pains and penalties of perjury at tappahannock, Virginia this 25th day of January, 2025.

_____
Andrew McGonigle