Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of others similarly situated | : : : Case No. 2:24-cv-04293 |
| Plaintiff, | : : : Judge James L. Graham |
| v. | : : Magistrate Judge Chelsey M. Vascura |
| Value City Furniture, Inc., | : : |
| Defendant. | : |

**Plaintiff Andrew McGonigle's AMENDED Response to Defendant Value City Furniture, Inc.'s First Interrogatories and Requests for Production**

*Plaintiff Andrew McGonigle, by and through counsel, hereby provides this Amended Response to Defendant's First Set of Interrogatories and Requests for Production, limited to Interrogatory No. 8 and Request for Production No. 8, to reflect additional information obtained following further inquiry.*

**Interrogatories**

8. Identify all telephone numbers You have used from January 1, 2022 to present.

   *Amended Answer:*

   Plaintiff incorporates by reference all objections previously asserted in response to this Interrogatory. Subject to and without waiving those objections, Plaintiff supplements his prior response as follows:

   - In 2021 and into early 2022, Plaintiff used the following phone numbers:

1

<u>Exhibit 8</u>

- 352-545-8041
- 352-581-0057

- In 2023, Plaintiff used the number 352-763-0243 with Total Wireless.
- From approximately April to August 2024, Plaintiff used the number 252-518-3959.
- Since August 5, 2024, Plaintiff has used 804-238-5410 with a Verizon prepaid plan.
- Plaintiff also recalls having a number in the 386 area code associated with T-Mobile, but cannot recall the full number. He believes this number was used during a period of unemployment, and he has been unable to retrieve further information despite inquiries to prior employers and attempts to access carrier records.

Plaintiff has made a reasonable inquiry and is not aware of any other phone numbers used by him during the relevant period.

## VERIFICATION

I, Andrew McGonigle, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and upon information and belief.

Dated: May 7, 2025

_____

Andrew McGonigle, Plaintiff

<u>Exhibit 8</u>

<u>**Document Requests**</u>

8. Your telephone service provider bills from January 1, 2024 to present.

   *Amended Response:*

   Plaintiff incorporates by reference all objections previously asserted in response to this Request. Subject to and without waiving those objections, Plaintiff supplements his response as follows:

   Plaintiff currently uses a Verizon prepaid account, which does not generate traditional monthly billing statements. Verizon only makes limited account history available to prepaid customers through its user portal. In response to this Request, Plaintiff has produced all responsive materials reasonably available to him, including:

   - **Payment history records** confirming regular monthly usage and active service from August 2024 to present;

   - **Voice call logs** and **text message usage logs** covering approximately the most recent 45 days, which is the maximum access window permitted for prepaid users by Verizon;

   - **Screenshots** from Plaintiff's online account confirming the prepaid status and lack of downloadable itemized bills;

   Plaintiff has no further responsive documents in his possession, custody, or control. If additional records become available, Plaintiff will supplement this response.

4

<u>Exhibit 8</u>

| | |
|---|---|
| Date:  May 7, 2025 | Respectfully submitted,<br>*/s/ <u>Anthony I. Paronich</u>*<br>Anthony I. Paronich,<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com<br><br>*/s/ <u>William Robinson</u>*<br>William Robinson<br>VSB:76098<br>319 N. Piedmont St., #1<br>Arlington VA. 22203<br>ph. 703-789-4800<br>wprlegal@gmail.com<br><br>*Counsel for Plaintiff* |

5

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 7, 2025, this document was sent electronically to the registered participants as identified on the electronic filing notice

by: */s/ Andrew W. Heidarpour*
Andrew W. Heidarpour
E-mail: AHeidarpour@HLFirm.com
Heidarpour Law Firm, PLLC
1300 Pennsylvania Ave. NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727

*Attorney for Plaintiff*
