2:22
Exhibit 11



VCF

Shop dining: vcf.attn.tv/aRawxHQ8tgT6 .
[test]



VCF: Hey there! We noticed you eyeing something on our site. Shop now while it's still in stock + on sale: https://vcf.attn.tv/afCHy9lKxRT1

Hi

VCF: If you need additional help please email us at websupport@vcf.com or call us at (888) 751-8552. Text STOP to opt out.

Value City Furniture_000017

9:21 
Exhibit 11

 1

**American Signature Furniture**

miss out on 25% OFF bestselling Doorbusters!

Final days to save...
asf.attn.tv/aoz_hjeJpMru

Mon, Jun 2 at 1:02 PM

ASF: Guysss, we mean it this time.

Your window to save up to 25% storewide closes TONIGHT.

Get after it: asf.attn.tv/aOrwVLVjTa6M

ASF: Guysss, we mean it this time.

Your window to save up to 25% storewide closes TONIGHT.

Get after it: asf.attn.tv/arVq5fCZrBvX

Today 9:21 PM

Stop 

ASF: You are unsubscribed from messaging. No more messages will be sent. Help at support@attentivemobile.com

 Text Message • SMS