# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, )<br>*on behalf of himself and* )<br>*others similarly situated,* )<br>                                     )<br>            Plaintiff,              )<br>                                     )<br>v.                                   )<br>                                     )<br>ZALE DELAWARE, INC. d/b/a )<br>ZALES JEWELERS              )<br>                                     )<br>            Defendant.           ) | Civil Action No.: 1:24-cv-01820 |

## STIPULATION OF DISMISSAL

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a). Plaintiff's individual claim is dismissed with prejudice, but the putative class claims are dismissed without prejudice.

SO ORDERED
6/30/25

/s/
_____
Anthony J. Trenga
Senior United States District Judge

Dated: June 27, 2025

**ZALE DELAWARE, INC., D/B/A ZALES JEWELERS,**

By: /s/ *Andrew J. Tureaud*
Andrew J. Tureaud (VSB 91135)
1909 K Street NW, Ste. 900
Washington, D.C. 20006-1152
Tel: (202) 467-8912
ajtureaud@vorys.com

John L. Landolfi (pro hac vice)
Christopher A. LaRocco (pro hac vice)
Maxwell H. King (pro hac vice)
52 E. Gay Street
Columbus, Ohio, 43215
Tel: (614) 464-5412
jllandolfi@vorys.com
calarocco@vorys.com
mhking@vorys.com

*Counsel for Defendant Zale Delaware, Inc.*

Respectfully submitted,

**ANDREW MCGONIGLE,**

By: /s/ *William P. Robinson*
William P. Robinson
Virginia State Bar No. 76098
319 N. Piedmont St., #1
Arlington Virginia 22203
Telephone: (703) 789-4800
wprlegal@gmail.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

2