Exhibit 13

andrew.mcgonigle.5680



andrew.mcgonigle.5680

Follow

**Andrew Mcgonigle**

| 6 posts | 32 followers | 127 following |

Exhibit 13

