# EXHIBIT 14

**Native Excel File**

**Omitted**