# EXHIBIT 15

## Native Excel File

## Omitted