# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Andrew James McGonigle, individually and on behalf of others similarly situated | : : | |
| | : | Case No. 2:24-cv-04293 |
| Plaintiff, | : : | |
| | : | Judge James L. Graham |
| v. | : : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| Value City Furniture, Inc., | : : | |
| Defendant. | : | |

---

## Notice of Substitution of Counsel

---

Defendant Value City Furniture, Inc. ("Value City") by and through undersigned counsel, give notice that Graycen M. Wood shall withdraw as co-counsel of record in this matter for Value City, and that Adrian D. Radilla of Bailey Cavalieri LLC shall be substituted as co-counsel of record on behalf of Value City. Christopher W. Tackett of Bailey Cavalieri LLC shall remain trial counsel for Value City.

Respectfully submitted,

*/s/ Adrian D. Radilla*
Christopher W. Tackett        (0087776)
(Trial Counsel)
Adrian D. Radilla             (0104701)
**Bailey Cavalieri LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
T: (614) 221-3375
F: (614) 221-0479
ctackett@baileycav.com
aradilla@baileycav.com

*Counsel for Defendant Value City Furniture, Inc.*

**Certificate of Service**

I certify a copy of this document has been on October 15, 2025, via this Court's ECF system.

*/s/ Adrian D. Radilla*
Adrian D. Radilla                (0104701)