## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANDREW JAMES MCGONIGLE, | ) | |
| *on behalf of himself and* | ) | Case No. 2:24-cv-04293 |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | Judge James L. Graham |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Chelsey M. Vascura |
| VALUE CITY FURNITURE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Andrew McGonigle, by and through undersigned counsel, respectfully moves for a 21-day extension of time, up to and including November 28, 2025, to file his response to Defendant Value City Furniture, Inc.'s Motion for Summary Judgment (ECF No. 28). In support of this motion, Plaintiff states as follows:

1.      Defendant filed its Motion for Summary Judgment on October 17, 2025. Under the current schedule, Plaintiff's response is due on November 7, 2025.

2.      Plaintiff seeks a 21-day extension, until November 28, 2025, to respond. This modest extension will allow counsel sufficient time to carefully review the evidence that Defendant developed and relied upon throughout the discovery period, analyze the supporting materials attached to the motion, and prepare a complete and well-supported opposition brief.

3.      The extension is also necessary to accommodate previously scheduled professional and litigation commitments, including other overlapping filing deadlines in other matters.

4.      The parties met and conferred regarding this request. Defense counsel initially offered seven (7) days and, within the hour, indicated willingness to agree to a fourteen (14) day extension if Plaintiff allowed Defendant an additional seven (7) days for its reply.

5.      Plaintiff expressed that such limited extensions did not adequately account for the time required to review the extensive evidentiary record that Defendant developed during discovery to support its motion. Plaintiff further explained that, in addition to reviewing that evidence, counsel requires adequate time to respond to the multiple legal arguments raised in Defendant's summary judgment motion.

6.      Plaintiff indicated that while he does not object to a corresponding extension for Defendant's reply brief, he intends to request the full twenty-one (21) days to ensure a complete and fair response.

7.      This motion is made in good faith and not for the purpose of delay. Defendant will not be prejudiced by the requested extension, particularly given that it has already sought and obtained extensions in this case and will retain sufficient time to prepare its reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment by twenty-one (21) days, up to and including November 28, 2025, and for such other relief as the Court deems just and proper.

Dated: October 23, 2025

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing through the

Court's CM/ECF System.

/s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*