# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> VALUE CITY FURNITURE, INC., <br><br> Defendant. | Case No. 2:24-cv-04293 <br><br> Judge James L. Graham <br><br> Magistrate Judge Chelsey M. Vascura |

## **PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPT**

Plaintiff Andrew James McGonigle hereby gives notice of the filing the deposition transcript of Defendant's Rule 30(b)(6) representative, Ryan Dezso, taken on July 21, 2025.

Date: November 28, 2025

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> *Perrong Law LLC*
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: November 28, 2025

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> *Perrong Law LLC*