# SMS/MMS Mobile Message Marketing Program Terms and Conditions

**EXHIBIT Plt. B**

## Definitions

By using the Service provided by us, you have agreed to be bound by the terms and conditions herein ("Agreement"). If you do not agree with this Agreement, you must immediately cease using the Services that you have received and contact us as provided.

"You" means the person or entity who signs up to participate in, or uses in any way, Value City Furniture / American Signature Furniture Text Message Promotion. "We," "our," "us," and "provider" " refer to Value City Furniture / American Signature Furniture Stores, Inc. and its subsidiaries and affiliates ("Value City Furniture / American Signature"), as well as any other person or entity providing any Service, Applications or Content to you from us, or on our behalf.

"Applications" and/or "Content" refer to any file, device or software that can be downloaded by you to either a computer or a wireless device such as a handset or a PDA.

"Service" means the Value City Furniture / American Signature Furniture Text Message Promotion, and any association Abbreviated Dial Code, Applications or Content.

## Acceptance by You

By using the Service provided by us, you have agreed to be bound by the terms and conditions herein ("Agreement"). If you do not agree with this Agreement, you must immediately cease using the Services that you have received and contact us as provided below.

## Service Terms

By signing up, you agree to receive recurring automated promotional and personalized marketing text (e.g., SMS and MMS) messages (e.g. cart reminders) from Value City Furniture / American Signature Furniture, including text messages that may be sent using an automatic telephone dialing system, to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of any purchase. Msg & Data rates may apply. By enrolling in the Service, you certify that you are over 18 years old and (a) you are the account holder or (b) you have account holder's permission to do so. Message frequency will vary. Value City Furniture / American Signature Furniture reserves the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. Value City Furniture / American Signature Furniture also reserves the right to change the short code or phone number from which messages are sent and we will notify you when we do so. Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. Value City Furniture / American Signature Furniture, its service providers and the mobile carriers supported by the program are not liable for delayed or undelivered messages. You also agree to our Terms and Conditions (./terms-and-conditions) and Privacy Policy (./privacy-policy). We are able to deliver messages to the following mobile phone carriers: Major carriers: AT&T, Verizon Wireless, Sprint, T-Mobile, MetroPCS, U.S. Cellular, Alltel, Boost Mobile, Nextel, and Virgin Mobile. Minor carriers: Alaska Communications Systems (ACS), Appalachian s (EKN), Bluegras Cir ell Wireless, Crick hart

**MAKE YOUR REFUND GO FURTHER**

Value City Furniture_000008

Telephone), GCI, Golden State, Hawkeye (Chat Mobility), Hawkeye (NW Missouri), Illinois Valley Cellular, Inland Cellular, iWireless (Iowa Wireless), Keystone Wireless (Immix Wireless/PC Man), Mosaic (Consolidated or CTC Telecom), Nex-Tech Wireless, NTelos, Panhandle Communications, Pioneer, Plateau (Texas RSA 3 Ltd), Revol, RINA, Simmetry (TMP Corporation), Thumb Cellular, Union Wireless, United Wireless, Viaero Wireless, and West Central (WCC or 5 Star Wireless).

## Cancellation

Text the keyword STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode to cancel. After texting STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode you will receive one additional message confirming that your request has been processed. You acknowledge that our text message platform may not recognize and respond to unsubscribe requests that do not include the STOP, END, CANCEL, UNSUBSCRIBE or QUIT keyword commands and agree that Value City Furniture / American Signature Furniture and its service providers will have no liability for failing to honor such requests. If you unsubscribe from one of our text message programs, you may continue to receive text messages from Value City Furniture / American Signature Furniture through any other programs you have joined until you separately unsubscribe from those programs.

## Help

Text the keyword HELP to our short code to return customer care contact information. If you are experiencing any problems, please visit https://support.attentivemobile.com/help/ and submit the form with details about your problem or your request for support, or email support@attentivemobile.com.

## Contact

This message program is a service of Value City Furniture / American Signature Furniture.

## Disclaimer of Warranties

TO THE EXTENT PERMITTED BY LAW, WE MAKE NO REPRESENTATIONS OR WARRANTIES REGARDING THE SERVICE, APPLICATIONS OR CONTENT THAT YOU RECEIVE FROM US, AND DISCLAIM ANY WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE. THIS SERVICE OFFERED TO THE PUBLIC BY PROVIDER COULD INCLUDE INACCURACIES, OTHER ERRORS, OR MAY NOT FUNCTION IN THE MANNER YOU ANTICIPATED. FURTHERMORE, WE ARE NOT RESPONSIBLE FOR CIRCUMSTANCES BEYOND OUR CONTROL, INCLUDING, WITHOUT LIMITATION, ACTS OR OMISSIONS OF OTHERS, ATMOSPHERIC CONDITIONS, OR ACTS OF GOD. WE DO NOT PROMISE ERROR-FREE SERVICE. WE WILL NOT BE LIABLE FOR ANY DELAYS IN THE RECEIPT OF ANY SMS MESSAGES AS DELIVERY IS SUBJECT TO THE EFFECTIVE TRANSMISSION FROM YOUR NETWORK OPERATOR.

## Limitation of Liability

We are not responsible and will not be liable for any other damages of any nature, including any incidental, special or consequential damages (such as lost profits or lost business opportunities), punitive damages or attorney's fees.

Value City Furniture_000009

## Applicable Law

Your use of this Service under this Agreement is governed by the laws of the State of Ohio.

Value City Furniture_000010