**attentive®**

www.attentive.com | info@attentive.com
221 River Street, Suite 9047 Hoboken, NJ 07030

To Whom It May Concern,

For the phone number in question (804-238-5410), we can confirm the user visited https://www.valuecityfurniture.com/ and signed up to receive text messages from VCF at the following URL:

https://www.valuecityfurniture.com/search/v/top-deals?mi_ecmp=subaction_5041143363125248&amp;utm_medium=email&amp;utm_source=bluecore&amp;mi_u=realrevmanettles@gmail.com&amp;utm_campaign=20220413_04WK02Y22_wed_email_vcf_promo_sale&amp;obem=j_whyO4pZkd1sTcCPz-A0K_ym82CQYhdET3h-pmaUcw%3D&amp;bc_lcid=t553867837254860lw5540871767048192li1

On 2022-04-14 at 01:07:30 (UTC), the user was shown a promotion advertising the company's SMS program:





# Be the First To Know!

Sign up now to receive our latest deals, exclusive offers and can't-miss style inspo.

By signing up via text, you agree to receive recurring automated promotional and personalized marketing text messages (e.g. cart reminders) from VCF at the cell number used when signing up. Consent is not a condition of any purchase. Reply HELP for help and STOP to cancel. Msg frequency varies. Msg and data rates may apply. View Terms & Privacy.

**BE THE FIRST TO KNOW** when you sign up for email and texts



EXHIBIT D

Value City Furniture_000014

The user clicked on the "BE THE FIRST TO KNOW when you sign up for email and texts" button on 2022-04-14 at 01:07:42 (UTC) to sign up to receive text messages from VCF. Thereafter, on 2022-04-14 at 01:07:48 (UTC), the user sent the following message to the VCF phone number to confirm the sign up:

> *Send this text to subscribe to recurring automated personalized marketing alerts (e.g. cart reminders) from Value City Furniture (ref: S0Qri)*

VCF responded with the following messages to the user on 2022-04-14 at 01:07:52 (UTC) and 01:07:55 (UTC), respectively:

> *VCF: Welcome to VCF! Msg & data rates may apply. Msg frequency varies. Reply HELP for help, STOP to cancel. Privacy: attnl.tv/p/6Ly*

> *VCF: Welcome! Now you'll be the first to hear about exclusive offers and events. Shop now: https://vcf.attn.tv/l/0Nr/_jW5r*

Since the user joined the VCF SMS program on 2022-04-14, the VCF phone number has never received a "STOP" message from the user, and the user never otherwise contacted Attentive to withdraw their express consent to receive text messages from VCF.

At VCF's direction, Attentive manually opted the phone number (804-238-5410) out on 2024-10-15. The phone number received no messages from VCF through the Attentive platform after the opt out.

Sincerely,

*Andrew Sega*

Andrew Sega
Senior Director, Engineering
Attentive Mobile Inc.