UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of others similarly situated : : : Plaintiff, : : v. : : Value City Furniture, Inc., : : Defendant. : | Case No. 2:24-cv-04293<br><br>Judge James L. Graham<br><br>Magistrate Judge Chelsey M. Vascura |

**Defendant Value City Furniture, Inc.'s
Notice of Bankruptcy Code Filing and Suggestion of Stay**

Defendant Value City Furniture, Inc. ("**Value City**") submits this notice to alert the Court that Value City has filed a voluntary petition for bankruptcy in the Delaware United States Bankruptcy Court under Chapter 11 of Title 11 of the United States Code. *In re: American Signature, Inc.*, *et al.,* No. 25-12105 (D. Delaware Nov. 22, 2025). Value City's bankruptcy filing implicates 11 U.S.C § 362(a)(1), which stays the commencement or continuation of any claim against Value City that arose before the bankruptcy filing. As such, Value City respectfully requests that the Court stay this matter to the fullest extent permitted by 11 U.S.C. § 362(a)(1).

Respectfully submitted,

*/s/ Christopher W. Tackett*
Christopher W. Tackett     (0087776)
(Trial Counsel)
Adrian D. Radilla     (0104701)
**Bailey Cavalieri, LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
T. 614.221.3155

1

ctackett@baileycav.com
aradilla@baileycav.com

*Counsel for Defendant Value City Furniture, Inc.*

## CERTIFICATE OF SERVICE

    I certify a copy of the foregoing Motion to Extend has been served on December 2, 2025 via this Court's ECF system.

    */s/ Christopher W. Tackett*
    Christopher W. Tackett    (0087776)