IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Andrew James McGonigle,

    Plaintiff,

v.

Value City Furniture, Inc.,

    Defendant.

Case No: 2:24-cv-4293

Judge Graham

Magistrate Judge Vascura

## Order

Having received notice that the corporate parent of defendant Value City Furniture, Inc. has filed a petition for bankruptcy under Chapter 11 of the U.S. Bankruptcy Code, *see In re: American Signature, Inc., et al.*, No. 25-12105 (D. Del. Nov. 22, 2025), the court hereby STAYS this action under Section 362 of Bankruptcy Code, *see* 11 U.S.C. § 362(a)(1). The parties may at the appropriate time request that the case be restored to active status.

The Clerk of Court is directed to terminate the pending motion for summary judgment (Doc. 28) without prejudice to renewal.

                                                  s/ James L. Graham
                                                 JAMES L. GRAHAM
                                                 United States District Judge

DATE: December 3, 2025